UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Warren Laifer and Gail Anne Laifer

    v.

Nancy A. Berryhill, Acting Commissioner, Social Security Administration; New Hampshire Department of Health and Human Services; and Shania Sanborn

Case No. 17-cv-425-PB

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 9, 2017, and dismiss all of plaintiffs' claims other than their Social Security claim. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                         /s/ Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Judge

Date: December 29, 2017

cc: Warren Laifer, pro se
    Gail Anne Laifer, pro se